# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GLENBROOK PARTNERS, L.P., a Nevada limited partnership,<br><br>    Plaintiff,<br><br>v.<br><br>ANGELICA THERAPEUTICS, INC., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 3:19-cv-00607-LRH-WGC<br><br>**ORDER CONFIRMING SALE TO GLENBROOK PARTNERS, L.P. AND AUTHORIZING CLERK TO EXECUTE ASSIGNMENT OF PATENTS PURSUANT TO F.R.CIV.P. 70** |

On October 23, 2020, James S. Proctor ("Proctor" or "Receiver"), filed his request for entry of an order confirming a sale of personal property, by credit bid, to judgment creditor Glenbrook Partners, L.P. and, pursuant to F.R.Civ.P. 70, directing the Clerk of the Court, or any other person designated by the Court, to execute USPTO Form PTO-1595 to assign the interest of patents owned by Angelica Therapeutics, Inc. ("Angelica"), to the Receiver, **ECF No. 14**. No response or opposition was filed to this request.

NOW THEREFORE, FOR GOOD CAUSE APPEARING, **THE COURT HEREBY ORDERS**:

1. That the $52,000 credit bid received from judgment creditor Glenbrook Partners, L.P. during the auction conducted on October 14, 2020 for the sale of personal property consisting of three patents, nos: **US 8,252,897 B2, US 8,470,414 B2 and US 10,059,750 B2** ("Patents") is confirmed.

2. To be able to effectuate the purposes of this receivership, the Clerk of the Court is directed to execute the Assignment of Patent, USPTO Form PTO-1595, attached as **Exhibit A** hereto, transferring title to the Patents to Receiver Proctor and, in turn authorizing Proctor to transfer title, utilizing the same form, to Glenbrook Partners, L.P.

**IT IS SO ORDERED**.

DATED this 28th day of December, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

USPTO Form PTO-1595

# EXHIBIT A

Form PTO-1595 (Rev. 6-18)
OMB No. 0651-0027 (exp. 06/30/2021)

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

## RECORDATION FORM COVER SHEET
## PATENTS ONLY

To the Director of the U.S. Patent and Trademark Office: Please record the attached documents or the new address(es) below.

**1. Name of conveying party(ies)**
Angelica Therapeutics, Inc. by Clerk of the Court in Case No. 3:19-cv-00607-LRH-WGC, US District Court, District of Nevada (order attached)
Additional name(s) of conveying party(ies) attached? ☐ Yes ☒ No

**2. Name and address of receiving party(ies)**
Name: James S. Proctor, Receiver for
Internal Address: Angelica Therapeutics, Inc.
Street Address: 200 Ridge St., Suite 240
City: Reno
State: Nevada
Country: USA   Zip: 89501
Additional name(s) & address(es) attached? ☐ Yes ☐ No

**3. Nature of conveyance/Execution Date(s):**
Execution Date(s) _____
☒ Assignment     ☐ Merger
☐ Security Agreement  ☐ Change of Name
☐ Joint Research Agreement
☐ Government Interest Assignment
☐ Executive Order 9424, Confirmatory License
☐ Other _____

**4. Application or patent number(s):** ☐ This document serves as an Oath/Declaration (37 CFR 1.63).
A. Patent Application No.(s)

B. Patent No.(s)
US 8,252,897 B2
US 8,470,414 B2 and
US 10,059,750 B2

Additional numbers attached? ☐ Yes ☐ No

**5. Name and address to whom correspondence concerning document should be mailed:**
Name: James S. Proctor, Receiver for Angelica Therapeutics, Inc.
Internal Address: _____
Street Address: 200 Ridge St., Suite 240
City: Reno
State: Nevada   Zip: 89501
Phone Number: (775) 323-2577
Docket Number: _____
Email Address: jsp@madvantage.com

**6. Total number of applications and patents involved:** 3

**7. Total fee** (37 CFR 1.21(h) & 3.41)  $ _____
☐ Authorized to be charged to deposit account
☐ Enclosed
☐ None required (government interest not affecting title)

**8. Payment Information**
Deposit Account Number _____
Authorized User Name _____

**9. Signature:**
Date: 12/29/2020
CLERK OF COURT
Signature of Clerk or Deputy Clerk

Total number of pages including cover sheet, attachments, and documents: ____

Documents to be recorded (including cover sheet) should be faxed to (571) 273-0140, or mailed to:
Mail Stop Assignment Recordation Services, Director of the USPTO, P.O.Box 1450, Alexandria, V.A. 22313-1450